# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

|  |  |
|---|---|
| In re:  )<br>  )<br>WINFRED ESCALANTE, JR.,  )<br>  )<br>　　　　　*Debtor*.  )<br>  ) | Case No. 17-71990-FJS<br><br>Chapter 13 |

## ORDER TO SHOW CAUSE

On August 1, 2017, this Court held hearings on two Objections to Confirmation filed by Chartway Federal Credit Union and the Chapter 13 Trustee, respectively. At these hearings, Sherman C. Smith, counsel for the debtor, failed to appear without explanation.

Accordingly, the Court ORDERS **Sherman C. Smith, Esquire**, to appear at the **United States Bankruptcy Court, 600 Granby Street, Norfolk, Virginia**, at **10:00 a.m.** on **September 26, 2017**, and show cause why he should not be held in contempt for failing to appear at the hearings on the above-mentioned Objections to Confirmation to Chapter 13 Plan.

The Clerk shall deliver copies of this Order to Sherman C. Smith, counsel for the debtor; Winfred Escalante, Jr., the debtor; R. Clinton Stackhouse, Jr., Chapter 13 Trustee; Robyn D. Pepin, counsel for Chartway Federal Credit Union; and the Office of the United States Trustee.

IT IS SO ORDERED.

Aug 1 2017

/s/ Frank J. Santoro
FRANK J. SANTORO
United States Bankruptcy Judge

Entered on Docket: 08/02/2017